UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

AARON KRAWCZYK

                Plaintiff,

vs.

EVEREST RECEIVABLE SERVICES, INC.

                Defendant.

Civil Action No: 11-CV-00708

---

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Aaron Krawczyk, Plaintiff, hereby voluntarily dismisses this action against Defendant Everest Receivable Services, with prejudice.

DATED: 1-10-12

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorney for Plaintiff*
6000 N. Bailey Avenue, Suite 1A
Amherst, New York 14226
Telephone: (716) 564-3288
Facsimile: (716) 332-1884